TORGER TORGERSEN, Respondent, *v.* EDWARD F. HUTTON et al., Appellants.

(Argued March 18, 1935; decided April 17, 1935.)

*George S. Brengle* and *James N. Senecal* for appellants.
*Jacquin Frank* and *David M. Fink* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.